

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 SEP 27 A 10:38
CLERK'S OFFICE
AT BALTIMORE
_____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

THERESA ARCHER,

    Plaintiff,

v.   Civil Action No.: L-01-2343

THE PAUL REVERE LIFE
INSURANCE COMPANY,

    Defendant.

---

### LINE OF DISMISSAL WITH PREJUDICE

The Clerk of the Court will please mark this matter as "**SETTLED AND DISMISSED WITH PREJUDICE.**"

Respectfully submitted,

McCHESNEY & DALE, P.C.

By: _/s/ Charles F. Fuller_
Charles F. Fuller
4000 Mitchellville Road
Suite B222
Bowie, MD 20716
(301) 805-6080
Counsel for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Line of Dismissal With Prejudice was mailed via first class mail, postage prepaid, this 25th day of September 2001, to:

    Jeff Connor, Esquire
    UNUM Provident Corporation
    1 Fountain Square
    Chattanooga, TN 37402

_/s/ Charles F. Fuller_
CHARLES F. FULLER

\\MD\Client_Lit\Archer, Theresa\Pleadings\Line of Dismissal With Prejudice.doc

APPROVED THIS 27th DAY OF September 2001

_/s/ Benson Everett Legg_
BENSON EVERETT LEGG, U.S.D.J.